UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lifetouch Portrait Studios, Inc.,

Plaintiff,

v.

**ORDER**
Civil No. 01-805 ADM/AJB

Cox Target Media Sales, Inc.,

Defendant.

---

Edward T. Wahl, Esq., Faegre & Benson, L.L.P., Minneapolis, MN, appeared for and on behalf of Plaintiff.

Ben G. Campbell, Esq., and John R. Neve, Esq., Rider Bennett Egan & Arundel, L.L.P., Minneapolis, MN, appeared for and on behalf of Defendants.

---

On December 18, 2001, the undersigned United States District Judge heard Defendant's Motion to Dismiss [Doc. No. 15]. Based upon the arguments of counsel, together with all of the files, records and proceedings, and for the reasons expressed at the conclusion of oral argument on the motion, **IT IS HEREBY ORDERED** that Defendant's Motion [Doc. No. 15] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2001

DEC 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK