UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lifetouch Portrait Studios, Inc.,

Plaintiff,

vs.

Cox Target Media Sales, Inc.,

Defendant.

Civil No. 01-805 ADM/AJB

**STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULING ORDER DATES**

---

The parties hereto agree that all dates in the Court's July 19, 2000 Pretrial Scheduling Order shall be amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 3, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before July 1, 2002.

   b. By Defendant(s) on or before August 1, 2002.

   c. Rebuttal reports shall be due on or before September 1, 2002.

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than 8 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by December 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 15, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by November 1, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on January 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 1 expert witness. Anticipated length of trial is 5 days.

Dated: March 22, 2002

FAEGRE & BENSON LLP

[signature]

Edward T. Wahl, #15409X
Michael F. Cockson, # 280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR PLAINTIFF

Dated: March 22, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Ben G. Campbell, #224686
John R. Neve, #278300
333 South Seventh Street, Suite 2000r
Minneapolis, MN 55402
(612) 340-7951

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

BY THE COURT

3/25/02

Arthur J. Boylan
United States Magistrate Judge

M2:20449692.01