UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lifetouch Portrait Studios, Inc.,

Plaintiff,

vs.

Cox Target Media Sales, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Court File No. 01-805 ADM/AJB

---

Parties to the above-entitled action, by and through their respective counsel, hereby stipulate to the entry of an Order dismissing all claims which were or could have been brought in this action, with prejudice and without costs, all rights of appeal being waived. Each party shall bear its own costs and fees.

It is further stipulated and agreed that the Clerk of Court upon filing of this Stipulation and without notice to any party, is hereby authorized to enter an Order of Dismissal with Prejudice.

FAEGRE & BENSON, LLP

By [signature]
Edward T. Wahl, Esq. (15409)
Attorneys for Plaintiff
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Dated: 2/24/03, 2003

811300

FILED MAR 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Ben G. Campbell (224686)

Attorneys for Defendant Cox Target Media Sales, Inc.
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 2/27, 2003

ORDER

PURSUANT TO THE FOREGOING STIPULATION,

IT IS HEREBY ORDERED, that all claims which were or could have been brought in this action, are hereby dismissed with prejudice and without costs to either party.

BY THE COURT:

Dated: March 6, 2003

JUDGE OF DISTRICT COURT
ANN D. MONTGOMERY

957327-1